THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **CELESTIAL PRODUCTS USA LLC** | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 25-40153** |

**APPLICATION TO EMPLOY THE LANE LAW FIRM, PLLC
AS COUNSEL FOR THE DEBTOR-IN -POSSESSION**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, 501 W. 10th STREET, ROOM 147, FORT WORTH, TEXAS 76102-3643, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREST, SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.**

**IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

TO HONORABLE UNITED STATE BANKRUPTCY JUDGE:

Celestial Products USA LLC (the "Debtor"), files this Application to Employ The Lane Law Firm, PLLC. ("LANE") as Counsel for the Debtor-In-Possession (the "Application"), pursuant to 11 U.S.C. §§327 and 328, and Federal Rule of Bankruptcy Procedure 2014. In support of the Application the Debtor relies upon the Affidavit of Attorney Robert C. Lane, The Lane Law Firm, PLLC (the "Lane Affidavit"), attached as Exhibit "A" and incorporated herein for all purposes. Also, attached is an unsworn declaration by Debtor's attorney Robert C. Lane, The Lane Law Firm, PLLC, attached as Exhibit "B" and incorporated herein for all purposes. The Debtor presents this Application and respectfully represents the following:

## I. Jurisdiction and Venue

1.      This Court has jurisdiction to consider the Application pursuant to 28 U.S.C.

§1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this

Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are Sections 327 and 328

of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy

Rules") and Local Rule 2014 of the Local Court Rules of the United States Bankruptcy Court for

the Northern District of Texas.

## II. Background

3.      On January 16, 2025, ("Petition Date"), the Debtor filed a voluntary petition for

relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy

Code").

4.      The Debtor continues to manage and operate its business as Debtor-In-Possession

pursuant to §§1107 and 1108 of the Bankruptcy Code. No creditors' committee has been appointed

in this case by the United States Trustee. Further, no trustee or examiner has been requested or

appointed.

**5.**      A further description of the background of the Debtor, and the events leading up

to the filing of the voluntary petition by the Debtor will be set out in other pleadings. However,

Debtor's primary reason for filing bankruptcy was to: (i) protect the Debtor from the collection

efforts of creditors; and (ii) provide the means to propose a reasonable and feasible repayment plan

for the repayment of its debts.

## III. Retention of Robert C. Lane of The Lane Law Firm, PLLC

6.      The Debtor has retained The Lane Law Firm, PLLC to represent it in its Chapter

11 Bankruptcy Case because this firm and the attorneys and staff possess substantial experience

and knowledge in the area of bankruptcy.

## IV. Engagement of Proposed Attorneys

7.      In connection with the performance of their duties and obligations as debtor in possession, the Debtor now requests authority to employ The Lane Law Firm, PLLC as its attorneys in this bankruptcy case, effective as of the Petition Date.

8.      Section 327(a) of the Bankruptcy Code provides: "the trustee, with the court's approval, may employ one or more attorneys … that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C. § 327(a).

9.      Debtor seeks to retain LANE to provide the Debtor with legal advice and services with respect to the cases, the Debtor's powers and duties as debtor in possession, and the continued operation of the Debtor's business and management of the Debtor's property, including but not limited to the following:

> a.      to assist, advise and represent the Debtor relative to the administration of the Chapter 11 case;
>
> b.      to assist, advise and represent the Debtor in analyzing the Debtor's assets and liabilities, investigating the extent and validity of lien and claims, and participating in and reviewing any proposed asset sales or dispositions;
>
> c.      to attend meetings and negotiate with the representatives of the secured creditors;
>
> d.      to assist the Debtor in the preparation, analysis and negotiation of any plan of reorganization and disclosure statement accompanying any plan of reorganization;
>
> e.      to take all necessary action to protect and preserve the interests of the Debtor;
>
> f.      to appear, as appropriate, before this Court, the Appellate Courts, and other Courts in which matters may be heard and to protect the interests of Debtor before said Courts and the United States Trustee; and
>
> g.      to perform all other necessary legal services in these cases.

10.     Under the terms of employment, LANE has agreed to represent Debtor, subject to the approval of the Court, based on time and standard billing charges of $595 per hour for Partner

Robert C. Lane, $550 per hour for Managing Associate Joshua Gordon, $500 per hour for

Associate Attorney, and $250 per hour for the bankruptcy paralegals/legal assistants.

11.    LANE received multiple payments from August 28, 2024 through December 5,

2024 for its retainer from the Debtor totaling $45,000.00 for financial advice and representation of

the Debtor.

12.    LANE will be requesting by separate motion for additional monthly payments to

be made post-petition until the case is administratively closed to be deposited into the firms IOLTA

Trust Account upon the Courts approval.  Debtor will be requesting $5,000.00 for The Lane Law

Firm, PLLC and $1,000.00 for the Sub V Trustee.  All funds will be held in trust and subject to

Court approval.

13.    The remaining balance of the retainer, and future additions to the retainer will be,

held in the Debtor's IOLTA trust account pursuant to Article XI of the Texas State Bar Rules and

shall remain property of the Debtor's estate until a fee application is approved by the Court, at

which point the allowed amount of fees and expenses will be paid to LANE from the initial retainer

and post-petition retainers, subject to any restrictions on the use of cash collateral.

## V. **LANE Disinterestedness**

15.    To the best of Debtor's knowledge, information, and belief, except as set forth

above LANE, has no connection with Debtors' creditors, parties-in-interest or affiliates, or

attorneys or accountants for any of them, the United States Trustee, or any person employed in the

Office of the United States Trustee. Moreover, the Debtor does not have any relationship with the

United States Trustee, or with any employee of the United States Trustee, in the region which this

case is pending. To the extent that the Robert C. Lane Affidavit discloses any connection, the

Debtor believes it is not sufficient to prohibit employment as counsel.

16.    Based upon the Robert C Lane Affidavit and Debtor's knowledge, Robert C. Lane,

and LANE do not represent any interest adverse to the Debtor or its estate, nor do they have any

4

connections with the Debtor, creditors, or any other party in interest, its attorneys and accountants,

the United States Trustee, or any person employed in the office of the United States Trustee.

17.     Pursuant to Bankruptcy Rule 2016(b), LANE has neither shared nor agreed to share

(a) any compensation it has received or may receive with another party or person, other than with

the partners and associate attorneys associated with LANE or (b) any compensation another person

or party has received or may receive.

## VI.     Reimbursement of Expenses

18.     The Debtor has been advised by LANE those disbursements for expenses are not

included in LANE's hourly rates and will be separately billed as expenses of this proposed

engagement. Such disbursements for expenses may include, without limitation, charges for

photocopying, courier services, document retrieval costs, printing, computer-assisted legal

research, postage, long distance, telecopier, deposition fees, filing fees, witness fees, subpoena

fees, parking fees, tolls, travel expenses (including mileage), and any fees for outside contract

services. In certain cases, charges are set by the service providers or outside contractors and in

other cases, LANE establishes a customary charge. Subject to any limitations set forth by this

Court, LANE will charge the actual cost of these expenses in a manner and at rates consistent with

charges made to LANE's other clients.

## VI.     Timeliness of Application

19.   This Application is filed within thirty (30) days of the Petition Date.  Pursuant to Local

Rule 2014(b), it is considered as filed contemporaneously with the Petition.

## VII. <u>Prayer</u>

WHEREFORE, Debtor hereby requests that it be authorized to employ Robert C. Lane of

The Lane Law Firm, PLLC to represent the Debtor as Debtor-in-possession in these bankruptcy

proceedings under Chapter 11 of Title 11, United States Code, effective as of the Petition Date and

that the Debtor has such other and further relief as is just.

Dated: January 16, 2025

<u>/s/ Jose Felix Silva</u>
Jose Felix Silva
Owner


THE LANE LAW FIRM, PLLC
<u>/s/Robert C. Lane</u>
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
A. Zachary Casas
State Bar No. 24097469
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR
DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Application to Employ Counsel was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on January 16, 2025:

<u>Debtor:</u>
Celestial Products USA, LLC
6001 Tension Drive
Fort Worth, TX 76112-6937

<u>US Trustee:</u>
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242
ustpregion06.da.ecf@usdoj.gov

<u>Parties Requesting Notice</u>
ustpregion06.da.ecf@usdoj.gov

*/s/Robert C. Lane*
Robert C. Lane

Label Matrix for local noticing
0539-4
Case 25-40153-mxm11
Northern District of Texas
Ft. Worth
Thu Jan 16 07:20:49 CST 2025

Celestial Products USA LLC
3000 S Hulen St Ste 124 Pmb 2016
Fort Worth, TX 76109-1934

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

501 W. Tenth Street
Fort Worth, TX 76102-3637

AirGas
26 Pleasant St Suite B
Concord, NH 03301-4072

American Express
Bankruptcy Unit
P.O Box 297817
Fort Lauderdale, NY 33329-7817

BlueVine Capital Inc.
401 Warren St 300
Redwood City, CA 94063-1536

(p)CAPITAL ON TAP
675 PONCE DE LEON AVE NE
STE 8500
ATLANTA GA 30308-1884

Celestial Products USA LLC
6001 Tension Dr
Fort Worth, TX 76112-6937

Celtic Bank
c/o BlueVine Capital Inc.
268 South State Street Suite 300
Salt Lake City, UT 84111-5314

Cobalt Funding Solutions, LLC
99 Wall St # 3618
New York, NY 10005-4301

Commercial Bank of California
19752 Macarthur Blvd Ste 100
Irvine, CA 92612-2409

Credit Key
10573 W Pico Blvd
Los Angeles, CA 90064-2333

Credit Key
145 S. Fairfax Ave 2nd Floor
Los Angeles, CA 90036-2166

Jose Felix Silva
9124 Shadow Hill Rd
Santee, CA 92071-3237

Joseph Rice Jr.
1312 Minden Dr
San Diego, CA 92111-7118

(p)LEAD BANK
1801 MAIN STREET
KANSAS CITY MO 64108-2352

Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

Moses, Palmer, Howell LLP
The Fort Worth Club Building
306 West 7th Street Suite 504
Fort Worth, TX 76102-4905

Munck Wilson Mandala, LLP
1330 N Post Oak Rd Ste 2850
Houston, TX 77055

Padrino Foods
3210 Conflans Rd
Irving, TX 75061-6338

PayPal Working Capital
PO Box 45950
Omaha, NE 68145-0950

Reliant Atlantic Group LLC
PO Box 679274
Dallas, TX 75267-9274

TD Auto Finance
PO Box 100295
Columbia, SC 29202-3295

Tarrant County Tax Assessor-Collector
100 E. Weatherford Street
Fort Worth, TX 76196-0206

Texas Tamale Company, Inc.
14453 Hillcroft St Ste 200
Houston, TX 77085-1536

The Klein Law Firm, LLC
ATTN: Yehuda Klein, Esq.
P.O. Box 714
Lakewood, NJ 08701-0714

The Lane Law Firm
1555 State St
Salem, OR 97301-4255

U.S. Small Business Administration (SBA) - A
Little Rock Commercial Loan Servicing Ce
2120 Riverfront Drive 100
Little Rock, AR 72202-1794

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

WebBank
215 S State St Ste 1000
Salt Lake Cty, UT 84111-2336

Robert Lane
The Lane Law Firm PLLC
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital on Tap
675 Ponce De Leon Ave NE 8500
Atlanta, GA 30308-1884

Lead Bank
1801 Main St
Kansas City, MO 64108

| End of Label Matrix | |
|---|---|
| Mailable recipients | 32 |
| Bypassed recipients | 0 |
| Total | 32 |