Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CELESTIAL PRODUCTS USA LLC, | § | CASE NO. 25-40153-mxm |
| | § | |
| Debtor. | § | Chapter 11, Subchapter V |

**MOTION FOR SUBSTITUTION OF COUNSEL**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. TENTH STREET, ROOM 147, FORT WORTH, TEXAS 76102 ON OR BEFORE APRIL 23, 2025, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

COMES NOW Celestial Products USA LLC, debtor in the above-styled and numbered case ("Debtor"), and files this its Motion for Substitution of Counsel seeking permission to substitute Joyce W. Lindauer Attorney, PLLC as attorney of record for the Debtor in this case.

1. The Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper before the Court under 28. U.S.C. §§ 1408 and 1409.

2. On January 16, 2025, the Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the U.S. Bankruptcy Code.

3. On February 11, 2025, the Court entered an Order granting the Application of the Debtor to employ The Lane Law Firm, PLLC as attorney for the Debtor [Docket No. 40].

4. The Lane Law Firm, PLLC, current counsel for the Debtor, has filed or soon will file a motion to withdraw.

5. Joyce W. Lindauer Attorney, PLLC has been employed to represent Debtor as of April 1, 2025, subject to approval of the Court. Debtor approves of this substitution. This substitution is not sought for delay.

6. The Debtor is concurrently herewith filing an application to employ Joyce W. Lindauer Attorney, PLLC as its counsel.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court to enter an order substituting Joyce W. Lindauer Attorney, PLLC as counsel for the Debtor and discharging The Lane Law Firm, PLLC as attorney of record for the Debtors.

Dated: April 2, 2025.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtors

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 2, 2025, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

                                            */s/ Joyce W. Lindauer*
                                            Joyce W. Lindauer

```
Label Matrix for local noticing          Celestial Products USA LLC              Cobalt Funding Solutions
0539-4                                   3000 S Hulen St Ste 124                 c/o Giuliano Law PC
Case 25-40153-mxm11                      Fort Worth, TX 76109-1934               Anthony Giuliano
Northern District of Texas                                                       445 Broadhollow Rd.
Ft. Worth                                                                        Suite 25
Wed Apr  2 14:25:51 CDT 2025                                                     Melville, NY 11747-3645

Tarrant County                           Texas Comptroller of Public Accounts, Revenu   501 W. Tenth Street
Linebarger Goggan Blair & Sampson, LLP   Callan Searcy                           Fort Worth, TX 76102-3637
c/o John Kendrick Turner                 P.O. Box 12548
3500 Maple Avenue                        Austin, TX 78711-2548
Suite 800
Dallas, TX 75219-3906

AIRGAS DRY ICE                           AirGas                                  American Express
PO BOX 736148                            26 Pleasant St Suite B                  Bankruptcy Unit
DALLAS, TX 75373-6148                    Concord, NH 03301-4072                  P.O Box 297817
                                                                                 Fort Lauderdale, NY 33329-7817


American Express National Bank           BlueVine Capital Inc.                   (p)CAPITAL ON TAP
c/o Becket and Lee LLP                   401 Warren St 300                       675 PONCE DE LEON AVE NE
PO Box 3001                              Redwood City, CA 94063-1536             STE 8500
Malvern  PA 19355-0701                                                           ATLANTA GA 30308-1884


Celestial Products USA LLC               Cellco Partnership d/b/a Verizon Wireless   Celtic Bank
6001 Tension Dr                          William M Vermette                      c/o BlueVine Capital Inc.
Fort Worth, TX 76112-6937                22001 Loudoun County PKWY               268 South State Street Suite 300
                                         Ashburn, VA 20147-6122                  Salt Lake City, UT 84111-5314


Cobalt Funding Solution                  Commercial Bank of California           Commercial Bank of California
c/o Giuliano Law PC                      19752 Macarthur Blvd Ste 100            Attn: EVP/CCO Christopher Colella
445 Broadhollow Rd., Suite 25            Irvine, CA 92612-2409                   19752 Macarthur Blvd, Suite 100
Melville,  NY 11747-3645                                                         Irvine, CA 92612-2409


Commercial Bank of California            Credit Key                              Credit Key
c/o David Golubchik, Esq.                10573 W Pico Blvd                       145 S. Fairfax Ave 2nd Floor
Levene, Neale, Bender, Yoo & Golubchik L Los Angeles, CA 90064-2333              Los Angeles, CA 90036-2166
2818 La Cienega Ave
Los Angeles, CA 90034-2618


Jose Felix Silva                         Joseph Rice Jr.                         (p)LEAD BANK
9124 Shadow Hill Rd                      1312 Minden Dr                          1801 MAIN STREET
Santee, CA 92071-3237                    San Diego, CA 92111-7118                KANSAS CITY MO 64108-2352



Linebarger Goggan Blair & Sampson, LLP   Moses, Palmer, Howell LLP               Munck Wilson Mandala, LLP
c/o John Kendrick Turner                 The Fort Worth Club Building            1330 N Post Oak Rd Ste 2850
2777 N. Stemmons Freeway Suite 1000      306 West 7th Street Suite 504           Houston, TX 77055
Dallas, TX 75207-2328                    Fort Worth, TX 76102-4905


Padrino Foods                            PayPal Working Capital                  Reliant Atlantic Group LLC
3210 Conflans Rd                         PO Box 45950                            PO Box 679274
Irving, TX 75061-6338                    Omaha, NE 68145-0950                    Dallas, TX 75267-9274
```

| | | |
|---|---|---|
| TD Auto Finance<br>PO Box 100295<br>Columbia, SC 29202-3295 | TD Bank, N.A., successor in interest to<br>TD Auto Finance LLC<br>P.O. Box 551080<br>Jacksonville, FL 32255-1080 | TD Bank, N.A., successor in interest to<br>TD Auto Finance LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 |
| Tarrant County Tax Assessor-Collector<br>100 E. Weatherford Street<br>Fort Worth, TX 76196-0206 | Texas Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Texas Tamale Company, Inc.<br>14453 Hillcroft St Ste 200<br>Houston, TX 77085-1536 |
| The Klein Law Firm, LLC<br>ATTN: Yehuda Klein, Esq.<br>P.O. Box 714<br>Lakewood, NJ 08701-0714 | The Lane Law Firm<br>1555 State St<br>Salem, OR 97301-4255 | U.S. Small Business Administration<br>150 Westpark Way<br>Suite 130<br>Euless, TX 76040-3705 |
| U.S. Small Business Administration (SBA) - A<br>Little Rock Commercial Loan Servicing Ce<br>2120 Riverfront Drive 100<br>Little Rock, AR 72202-1794 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | WebBank<br>215 S State St Ste 1000<br>Salt Lake Cty, UT 84111-2336 |
| Areya Holder Aurzada (SBRA V)<br>Holder Law<br>PO Box 2105<br>Addison, TX 75001-2105 | (p)JOYCE W  LINDAUER ATTORNEY  PLLC<br>1412 MAIN STREET<br>SUITE 500<br>DALLAS TX 75202-4042 | Robert Lane<br>The Lane Law Firm PLLC<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital on Tap<br>675 Ponce De Leon Ave NE 8500<br>Atlanta, GA 30308-1884 | Lead Bank<br>1801 Main St<br>Kansas City, MO 64108 | Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Small Business Administration | (u)TD Bank, N.A., successor in interest to TD | (u)The Lane Law Firm, PLLC |

| | |
|---|---|
| (d)Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>DALLAS, TX 75219-3906 | End of Label Matrix<br>Mailable recipients     44<br>Bypassed recipients      4<br>Total                   48 |