Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CELESTIAL PRODUCTS USA LLC,** | § | **CASE NO. 25-40153-mxm** |
| | § | |
| **Debtor.** | § | **Chapter 11, Subchapter V** |

## MOTION FOR PROTECTIVE ORDER

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. TENTH STREET, ROOM 147, FORT WORTH, TEXAS 76102 ON OR BEFORE MAY 1, 2025, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

COME NOW Celestial Products USA, LLC, debtor in the above-styled and numbered case

("Debtor"), and files this its *Motion for Protective Order* and would show as follows:

1.      The Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue is proper before the Court under 28. U.S.C. §§ 1408 and 1409.

2.      On January 16, 2025, the Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the U.S. Bankruptcy Code.

3.      The Debtor seeks to protect certain information from public disclosure during this case pursuant to 11 U.S.C. § 107(b) and Fed. Bankr. R. Pro. 9018.  Section 107(b) authorizes the Court to "protect an entity with respect to a trade secret or confidential research, development, or commercial information".  Rule 9018 authorizes the Court to "protect the estate or any entity regarding a trade secret or other confidential research, development, or commercial information".

4.      The form of monthly operating reports ("MORs") required to be filed by the Debtor compel the disclosure of confidential commercial information, the public disclosure of which would harm the Debtor's competitive advantage, cause loss of competitive advantage, and result in significant economic damage to the Debtor's business.  Specifically, the information includes details of vendor relationships, payment structures, and marketing expenditures, which are proprietary and critical to the Debtor's operations in the competitive e-commerce industry.  Public disclosure would allow competitors to exploit this information, undermining the Debtor's market position and causing irreparable harm.  This harm would lead to economic damage, jeopardizing the Debtor's ability to reorganize under Subchapter V of Chapter 11.  Sensitive portions of information include names of businesses and individuals receiving payments; proprietary marketing strategies and vendor relationships; trade secrets; confidential financial details; private contractual terms; personal identifying information and other confidential business operations or

commercial information whose disclosure could cause competitive harm (the "Confidential

Information").

5.       The Debtor proposes to protect the Confidential Information by filing redacted

versions of the MORs while providing unredacted versions directly to the U.S. Trustee for private

viewing.  Specifically, the Debtor would redact Exhibit C – "Total Cash Receipts", and Exhibit D

- "Total Cash Disbursements".  Examples of the proposed redacted documents are attached hereto

as **Exhibit 1.**

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court to

enter an order pursuant to 11 U.S.C. § 107(b) and Fed. Bankr. R. Pro. 9018 allowing the Debtor to

protect the Confidential Information by filing redacted MORs in the form attached hereto as

Exhibit 1, providing the unredacted versions directly to the U.S. Trustee for private viewing, and

granting such other relief to which it may be justly entitled.

Dated: April 10, 2025.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 10, 2025, a true and correct copy of the
foregoing document was served via email pursuant to the Court's ECF system upon the parties
receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

# EXHIBIT "1"

**EXHIBIT C**

**Total Cash Receipts**

| Date | Source | | Description | | Amount | |
|---|---|---|---|---|---|---|
| 2/28/2025 | Finical/█ | | CC Merchant deposit | | $ | 1,570.20 |
| 2/28/2025 | █ | Payments | Payout from █ | Payments | $ | 2,463.79 |
| 2/28/2025 | PayPal | | Payout from PayPal | | $ | 3,000.00 |
| 2/28/2025 | Finical/█ | | CC Merchant deposit | | $ | 208.37 |
| 2/27/2025 | Finical/█ | | CC Merchant deposit | | $ | 169.98 |
| 2/27/2025 | █ | Payments | Payout from Shopify Payments | | $ | 1,515.28 |
| 2/27/2025 | Finical/█ | | CC Merchant deposit | | $ | 898.57 |
| 2/26/2025 | Finical/█ | | CC Merchant deposit | | $ | 586.47 |
| 2/26/2025 | Finical/█ | | CC Merchant deposit | | $ | 2,073.92 |
| 2/25/2025 | Finical/█ | | CC Merchant deposit | | $ | 3,631.08 |
| 2/25/2025 | Finical/█ | | CC Merchant deposit | | $ | 152.82 |
| 2/24/2025 | PayPal | | Payout from PayPal | | $ | 15,287.34 |
| 2/24/2025 | Finical/█ | | CC Merchant deposit | | $ | 2,813.34 |
| 2/24/2025 | Finical/█ | | CC Merchant deposit | | $ | 1,984.20 |
| 2/24/2025 | Finical/█ | | CC Merchant deposit | | $ | 3,178.14 |
| 2/24/2025 | PayPal | | Payout from PayPal | | $ | 4,907.80 |
| 2/21/2025 | Finical/█ | | CC Merchant deposit | | $ | 117.92 |
| 2/21/2025 | Finical/█ | | CC Merchant deposit | | $ | 1,356.18 |
| 2/20/2025 | Finical/█ | | CC Merchant deposit | | $ | 4,051.42 |
| 2/20/2025 | Finical/█ | | CC Merchant deposit | | $ | 283.01 |
| 2/19/2025 | Finical/█ | | CC Merchant deposit | | $ | 390.01 |
| 2/19/2025 | Finical/█ | | CC Merchant deposit | | $ | 4,384.49 |
| 2/18/2025 | Finical/█ | | CC Merchant deposit | | $ | 3,908.44 |
| 2/18/2025 | Finical/█ | | CC Merchant deposit | | $ | 2,412.07 |
| 2/18/2025 | Finical/█ | | CC Merchant deposit | | $ | 2,402.93 |
| 2/18/2025 | Finical/█ | | CC Merchant deposit | | $ | 264.28 |
| 2/18/2025 | Finical/█ | | CC Merchant deposit | | $ | 5,061.79 |
| 2/14/2025 | Finical/█ | | CC Merchant deposit | | $ | 958.95 |
| 2/13/2025 | Finical/█ | | CC Merchant deposit | | $ | 1.50 |
| 2/13/2025 | Finical/█ | | CC Merchant deposit | | $ | 784.83 |
| 2/6/2025 | █ | Payments | Payout from █ | Payments | $ | 97.09 |
| 2/5/2025 | █ | Payments | Payout from █ | Payments | $ | 5,814.74 |
| 2/5/2025 | █ | Payments | Payout from █ | Payments | $ | 159.65 |
| 2/4/2025 | █ | Payments | Payout from █ | Payments | $ | 159.65 |
| 2/4/2025 | █ | Payments | Payout from █ | Payments | $ | 87.18 |
| 2/4/2025 | █ | Payments | Payout from █ | Payments | $ | 23,544.41 |
| 2/4/2025 | █ | Payments | Payout from █ | Payments | $ | 243.27 |
| 2/4/2025 | █ | Payments | Payout from █ | Payments | $ | 222.20 |
| 2/4/2025 | █ | Payments | Payout from █ | Payments | $ | 148.06 |
| 2/3/2025 | █ | Payments | Payout from █ | Payments | $ | 114.06 |
| 2/3/2025 | PayPal | | Payout from PayPal | | $ | 394.00 |
| 2/3/2025 | █ | Payments | Payout from █ | Payments | $ | 6,070.56 |
| 1/31/2025 | Owner | | Deposit to open account | | $ | 25.00 |
| 1/31/2025 | █ | Payments | Payout from █ | Payments | $ | 7,819.07 |
| 1/30/2025 | █ | Payments | Payout from █ | Payments | $ | 7,477.57 |

| Date | | | | | | Amount |
|---|---|---|---|---|---|---|
| 1/30/2025 | ■ | Payments | Payout from | ■ | Payments | $ 315.48 |
| 1/29/2025 | ■ | Payments | Payout from | ■ | Payments | $ 5,369.27 |
| 1/29/2025 | ■ | Payments | Payout from | ■ | Payments | $ 108.84 |
| 1/28/2025 | ■ | Payments | Payout from | ■ | Payments | $ 516.09 |
| 1/28/2025 | ■ | Payments | Payout from | ■ | Payments | $ 378.10 |
| 1/28/2025 | ■ | Payments | Payout from | ■ | Payments | $ 25,102.92 |
| 1/28/2025 | ■ | Payments | Payout from | ■ | Payments | $ 118.20 |
| 1/28/2025 | ■ | | Marketing refund | | | $ 909.00 |
| 1/27/2025 | ■ | Payments | Payout from | ■ | Payments | $ 9,413.20 |
| 1/27/2025 | ■ | Payments | Payout from | ■ | Payments | $ 459.04 |
| 1/24/2025 | ■ | Payments | Payout from | ■ | Payments | $ 86.81 |
| 1/24/2025 | ■ | Payments | Payout from | ■ | Payments | $ 7,595.40 |
| 1/23/2025 | ■ | Payments | Payout from | ■ | Payments | $ 5,384.77 |
| 1/23/2025 | PayPal | | Payout from PayPal | | | $ 945.20 |
| 1/23/2025 | PayPal | | Payout from PayPal | | | $ 287.69 |
| 1/22/2025 | ■ | Payments | Payout from | ■ | Payments | $ 550.44 |
| 1/22/2025 | ■ | Payments | Payout from | ■ | Payments | $ 121.82 |
| 1/22/2025 | ■ | Payments | Payout from | ■ | Payments | $ 135.19 |
| 1/22/2025 | ■ | Payments | Payout from | ■ | Payments | $ 179.96 |
| 1/22/2025 | ■ | Payments | Payout from | ■ | Payments | $ 282.20 |
| 1/22/2025 | ■ | Payments | Payout from | ■ | Payments | $ 27,924.97 |
| 1/21/2025 | ■ | Payments | Payout from | ■ | Payments | $ 453.50 |
| 1/21/2025 | ■ | Payments | Payout from | ■ | Payments | $ 8,691.83 |
| 1/17/2025 | ■ | Payments | Payout from | ■ | Payments | $ 5,692.38 |
| 1/17/2025 | ■ | Payments | Payout from | ■ | Payments | $ 145.47 |
| 1/17/2025 | ■ | Payments | Payout from | ■ | Payments | $ 186.56 |
| 1/17/2025 | PayPal | | Payout from PayPal | | | $ 1,821.77 |
| 1/16/2025 | ■ | Construction, Inc | Sales | | | $ 2,566.60 |
| 1/16/2025 | ■ | Payments | Payout from | ■ | Payments | $ 289.22 |
| 1/16/2025 | PayPal | | Payout from PayPal | | | $ 1,039.88 |
| 1/16/2025 | ■ | Payments | Payout from | ■ | Payments | $ 4,291.77 |
| 1/15/2025 | ■ | Payments | Payout from | ■ | Payments | $ 427.42 |
| 1/15/2025 | ■ | Payments | Payout from | ■ | Payments | $ 8,088.48 |
| 1/14/2025 | ■ | Payments | Payout from | ■ | Payments | $ 328.72 |
| 1/14/2025 | ■ | Payments | Payout from | ■ | Payments | $ 189.73 |
| 1/14/2025 | ■ | Payments | Payout from | ■ | Payments | $ 545.04 |
| 1/14/2025 | ■ | Payments | Payout from | ■ | Payments | $ 270.38 |
| 1/14/2025 | ■ | Payments | Payout from | ■ | Payments | $ 25,788.33 |
| FUNDS ON HOLD BY ■ / ■ /PAYPAL from Feb. 4 through Feb 28 | | | | | | $ 57,377.30 |
| | | | | | | |
| | | | Total | | | $ 327,574.60 |

## EXHIBIT D

### Total Cash Disbursements

| Date | Payee | | Purpose | Amount |
|---|---|---|---|---|
| 2/28/2025 | Chase | | Bank charges & fees | -15 |
| 2/28/2025 | ███████████ | | Production labor costs | -700 |
| 2/28/2025 | ███████████ | | Contractors | -720 |
| 2/28/2025 | ███████████ | | Contractors | -2400 |
| 2/28/2025 | ███████ | Advertising | Paid online ads | -900 |
| 2/28/2025 | ███████████ | | Contractors | -600 |
| 2/28/2025 | ███████ | Advertising | Paid online ads | -900 |
| 2/28/2025 | ███████ | Advertising | Paid online ads | -900 |
| 2/28/2025 | ████████████ | | Production labor costs | -700 |
| 2/28/2025 | Chase | | Bank charges & fees | -15 |
| 2/28/2025 | USPS | | Shipping & freight-out | -23.6 |
| 2/28/2025 | Chase | | Bank charges & fees | -15 |
| 2/27/2025 | ███████ | Advertising | Paid online ads | -900 |
| 2/27/2025 | ███████ | Advertising | Paid online ads | -900 |
| 2/27/2025 | ███████ | Advertising | Paid online ads | -900 |
| 2/27/2025 | ████████ | | Software & subscriptions | -351.8 |
| 2/27/2025 | ████████ | | Software & subscriptions | -648.25 |
| 2/27/2025 | ██████ | | Financial services | -745 |
| 2/27/2025 | Adobe | | Software & subscriptions | -154.67 |
| 2/27/2025 | Spectrum | | Utilities | -10.01 |
| 2/26/2025 | █████ | | Software & subscriptions | -5515.28 |
| 2/26/2025 | ███████████ | | Contractors | -840 |
| 2/26/2025 | ███████████ | | Contractors | -1000 |
| 2/26/2025 | ██████ | Advertising | Paid online ads | -900 |
| 2/26/2025 | ██████ | Advertising | Paid online ads | -4.39 |
| 2/26/2025 | ██████ | Advertising | Paid online ads | -900 |
| 2/26/2025 | ████████ | | Marketing - software & subscriptions | -990.1 |
| 2/26/2025 | ██████ | Advertising | Paid online ads | -420 |
| 2/25/2025 | ████████ | | Software & subscriptions | -8.55 |
| 2/25/2025 | ██████ | Advertising | Paid online ads | -202.54 |
| 2/25/2025 | ███████ | | Software & subscriptions | -6901.59 |
| 2/25/2025 | ████████████ | | Contractors | -1400 |
| 2/25/2025 | ███████ | | Loan repayment | -5000 |
| 2/25/2025 | ████████ | | Software & subscriptions | -4816.62 |
| 2/25/2025 | ████████ | Advertising | Paid online ads | -900 |
| 2/24/2025 | ███████ | | Software & subscriptions | -6901.59 |
| 2/23/2025 | ████████ | Advertising | Paid online ads | -900 |
| 2/22/2025 | ████████ | Advertising | Paid online ads | -900 |
| 2/21/2025 | ████████ | Advertising | Paid online ads | -900 |
| 2/21/2025 | ████████ | Advertising | Paid online ads | -84.26 |
| 2/21/2025 | ████████ | Advertising | Paid online ads | -904.66 |
| 2/21/2025 | ████████████ | | Production labor costs | -700 |

| Date | | | Category | Description | Amount |
|------|--|--|----------|-------------|--------|
| 2/21/2025 | ███ ███ | | | Contractors | -860 |
| 2/21/2025 | ██ | Advertising | | Paid online ads | -50.15 |
| 2/21/2025 | ██ ██ | | | Production labor costs | -700 |
| 2/21/2025 | ██ | Advertising | | Paid online ads | -974.31 |
| 2/21/2025 | ██ █ ██ | | | Contractors | -720 |
| 2/20/2025 | ██ | Advertising | | Paid online ads | -900 |
| 2/20/2025 | ██ | Advertising | | Paid online ads | -900 |
| 2/20/2025 | ██ █ ██ | | | Legal services | -1000 |
| 2/20/2025 | ██ | | | Operations | -61.98 |
| 2/20/2025 | The ██ ██ Firm | | | Legal services | -2500 |
| 2/20/2025 | ██ █ ██ | | | Contractors | -840 |
| 2/19/2025 | ██ | Advertising | | Paid online ads | -900 |
| 2/19/2025 | ██ | Advertising | | Paid online ads | -900 |
| 2/19/2025 | ██ | Advertising | | Paid online ads | -900 |
| 2/19/2025 | ██ █ ██ | | | Contractors | -1400 |
| 2/19/2025 | ██ █ ██ | | | Contractors | -1000 |
| 2/18/2025 | ██ | Advertising | | Paid online ads | -112.99 |
| 2/18/2025 | ██ | Advertising | | Paid online ads | -451.84 |
| 2/18/2025 | ██ | Advertising | | Paid online ads | -225.92 |
| 2/18/2025 | ██ | Advertising | | Paid online ads | -112.96 |
| 2/18/2025 | ██ | Advertising | | Paid online ads | -908.01 |
| 2/18/2025 | ██ ██ | | | Production labor costs | -800 |
| 2/18/2025 | ██ ██ - ██ ██ | | | Payback Owner - Jose Felix Silva | -1000 |
| 2/18/2025 | USPS | | | Shipping & freight-out | -10.1 |
| 2/18/2025 | Cardenas Blanca | | | Production labor costs | -140 |
| 2/18/2025 | Lopez Erika | | | Contractors | -840 |
| 2/18/2025 | ██ █ ██ | | | Legal services | -2020 |
| 2/17/2025 | ██ █ | Advertising | | Paid online ads | -900 |
| 2/17/2025 | ██ | Advertising | | Paid online ads | -646.49 |
| 2/16/2025 | ██ | Advertising | | Paid online ads | -251.24 |
| 2/16/2025 | ██ | Advertising | | Paid online ads | -125.62 |
| 2/15/2025 | ██ | Advertising | | Paid online ads | -900 |
| 2/15/2025 | ██ | Advertising | | Paid online ads | -112.55 |
| 2/15/2025 | ██ | Advertising | | Paid online ads | -450.08 |
| 2/15/2025 | ██ | Advertising | | Paid online ads | -225.04 |
| 2/15/2025 | ██ | Advertising | | Paid online ads | -112.52 |
| 2/15/2025 | ██ | Advertising | | Paid online ads | -1047.58 |
| 2/14/2025 | ██ | Advertising | | Paid online ads | -970.91 |
| 2/14/2025 | ██ █ ██ | | | Loan repayment fee | -500 |
| 2/14/2025 | ██ █ ██ | | | Production labor costs | -600 |
| 2/14/2025 | ██ █ ██ | | | Contractors | -600 |
| 2/13/2025 | ██ | | | Operations | -1 |
| 2/13/2025 | ██ | | | Operations | -0.5 |
| 2/13/2025 | Wells Fargo | | | Bank charges & fees | -41.97 |
| 2/12/2025 | ██ | Advertising | | Paid online ads | -113.28 |
| 2/12/2025 | ██ | Advertising | | Paid online ads | -707.36 |
| 2/12/2025 | Chase | | | Bank charges & fees | -34 |

| Date | Payee | Category | Description | Amount |
|---|---|---|---|---|
| 2/11/2025 | [redacted] | Advertising | Paid online ads | -278.88 |
| 2/11/2025 | [redacted] | Advertising | Paid online ads | -139.44 |
| 2/11/2025 | [redacted] | | Software & subscriptions | -158.84 |
| 2/11/2025 | Chase | | Bank charges & fees | -34 |
| 2/10/2025 | [redacted] | | Distributions | -600 |
| 2/10/2025 | [redacted] | Advertising | Paid online ads | -123.48 |
| 2/10/2025 | [redacted] | Advertising | Paid online ads | -493.72 |
| 2/10/2025 | [redacted] | Advertising | Paid online ads | -246.86 |
| 2/10/2025 | [redacted] | Advertising | Paid online ads | -123.43 |
| 2/10/2025 | [redacted] | Advertising | Paid online ads | -2.1 |
| 2/10/2025 | [redacted] | Advertising | Paid online ads | -410.64 |
| 2/9/2025 | [redacted] | Advertising | Paid online ads | -138.47 |
| 2/8/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/8/2025 | [redacted] | Advertising | Paid online ads | -116.69 |
| 2/8/2025 | [redacted] | Advertising | Paid online ads | -466.64 |
| 2/8/2025 | [redacted] | Advertising | Paid online ads | -233.32 |
| 2/8/2025 | [redacted] | Advertising | Paid online ads | -116.66 |
| 2/7/2025 | Chase | | Bank charges & fees | -34 |
| 2/6/2025 | Facebook Advertising | | Paid online ads | -900 |
| 2/6/2025 | [redacted] Bank | | Bank charges & fees | -35 |
| 2/6/2025 | Texas.gov | | License fees, registrations & other taxes | -0.81 |
| 2/6/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/6/2025 | Texas.gov | | Other processing fees | -30 |
| 2/6/2025 | [redacted] | | Text marketing | -2668.27 |
| 2/6/2025 | [redacted] | Advertising | Paid online ads | -458.93 |
| 2/5/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/5/2025 | PostScan Mail | | Shipping & freight-out | -59.1 |
| 2/5/2025 | [redacted] | | Software & subscriptions | -175 |
| 2/5/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/5/2025 | [redacted] | | Finished products | -8845.25 |
| 2/4/2025 | [redacted] Advertising | | Paid online ads | -700 |
| 2/4/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/4/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/4/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/4/2025 | [redacted] .Net | | Software & subscriptions | -22 |
| 2/4/2025 | [redacted] Foods | | Finished products | -16541.5 |
| 2/4/2025 | [redacted] | Advertising | Paid online ads | -635.54 |
| 2/3/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/3/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/3/2025 | [redacted] Mail | | Shipping & freight-out | -8.24 |
| 2/3/2025 | [redacted] Foods | | Finished products | -4142.5 |
| 2/3/2025 | [redacted] | Advertising | Paid online ads | -565.78 |
| 2/3/2025 | [redacted] | | Software & subscriptions | -220.93 |
| 2/3/2025 | [redacted] | Advertising | Paid online ads | -183.65 |
| 2/3/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/2/2025 | [redacted] | Advertising | Paid online ads | -900 |
| 2/1/2025 | [redacted] | Advertising | Paid online ads | -900 |

| Date | Payee | Category | Description | Amount |
|---|---|---|---|---|
| 2/1/2025 | ███████ | Advertising | Paid online ads | -900 |
| 1/31/2025 | ███████ | Advertising | Paid online ads | -900 |
| 1/31/2025 | Chase | | Bank charges & fees | -15 |
| 1/31/2025 | ████ ███ | | Bank charges & fees | -20 |
| 1/31/2025 | ████ ███ | | Bank charges & fees | -3 |
| 1/31/2025 | ████ ████ | | Contractors | -700 |
| 1/31/2025 | Chase | | Bank charges & fees | -25 |
| 1/31/2025 | █████ █████ | | Contractors | -240 |
| 1/31/2025 | ██ ███ | | Contractors | -1000 |
| 1/31/2025 | ████ ████ | | Contractors | -128 |
| 1/31/2025 | Chase | | Bank charges & fees | -15 |
| 1/31/2025 | ███ | Advertising | Paid online ads | -7000 |
| 1/31/2025 | ████ | Advertising | Paid online ads | -900 |
| 1/31/2025 | ███ █ ██ | | Contractors | -420 |
| 1/31/2025 | ███ ████ | | Contractors | -700 |
| 1/31/2025 | ██ █ ██ █ ███ | | Contractors | -240 |
| 1/31/2025 | ███ █ ██ | | Contractors | -1400 |
| 1/31/2025 | ██ █ ██ | | Contractors | -720 |
| 1/31/2025 | Chase | | Bank charges & fees | -15 |
| 1/30/2025 | ████ | Advertising | Paid online ads | -900 |
| 1/30/2025 | ████ | Advertising | Paid online ads | -900 |
| 1/30/2025 | ███ █ ███ | | Warehouse | -215 |
| 1/29/2025 | ████ | Advertising | Paid online ads | -900 |
| 1/29/2025 | ████ | | Customer Refund | -143.98 |
| 1/29/2025 | ████ ███ | | Finished products | -5667.75 |
| 1/29/2025 | Owner | | Payback Owner - Jose Felix Silva | -9000 |
| 1/29/2025 | ███ | Advertising | Paid online ads | -900 |
| 1/28/2025 | ███ | Advertising | Paid online ads | -900 |
| 1/28/2025 | ███ | Advertising | Paid online ads | -900 |
| 1/28/2025 | █ ██ | | Loan repayment | -5000 |
| 1/28/2025 | ████ ███ | | Packaging materials \| Shipping supplies | -6287.57 |
| 1/28/2025 | ███ ██ | | Finished products \| Wholesale supplier | -992.5 |
| 1/28/2025 | ████ ██ | | Shipping & freight-out \| Postage | -8787.27 |
| 1/28/2025 | ███ ██ | | Service fees \| Other fees | -1000 |
| 1/28/2025 | ██ ████ | | Paid online ads | -4000 |
| 1/27/2025 | ████ | Advertising | Paid online ads | -900 |
| 1/27/2025 | ████ | Advertising | Paid online ads | -900 |
| 1/27/2025 | ████ | Advertising | Paid online ads | -900 |
| 1/27/2025 | ████ | Advertising | Paid online ads | -458.05 |
| 1/27/2025 | Nefurnmart | | Office supplies | -300 |
| 1/27/2025 | ██ ██ | Finance | Car loan repayment | -465.96 |
| 1/27/2025 | ████ | Advertising | Paid online ads | -1.42 |
| 1/27/2025 | ████ | | Software & subscriptions | -648.25 |
| 1/26/2025 | ████ | Advertising | Paid online ads | -900 |
| 1/25/2025 | ████ | Advertising | Paid online ads | -1.42 |
| 1/25/2025 | ████ | Advertising | Paid online ads | -900 |
| 1/25/2025 | ████ | Advertising | Paid online ads | -433.35 |

| Date | | | Category | Description | Amount |
|---|---|---|---|---|---|
| 1/25/2025 | ███ | | Advertising | Paid online ads | -4.68 |
| 1/24/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/24/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/24/2025 | ███ | ███ | | Contractors | -128 |
| 1/24/2025 | ███ | ███ | | Contractors | -2400 |
| 1/24/2025 | ███ | | | Software & subscriptions | -4.77 |
| 1/24/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/24/2025 | ███ | ███ | | Contractors | -640 |
| 1/24/2025 | ███ | | | Software & subscriptions | -4.77 |
| 1/24/2025 | ███ | ███ | | Contractors | -800 |
| 1/23/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/23/2025 | ███ | ███ | | Contractors | -720 |
| 1/23/2025 | ███ | ███ | | Contractors | -100 |
| 1/23/2025 | ███ | | Advertising | Paid online ads | -899.73 |
| 1/23/2025 | Owner | | | Payback Owner - Jose Felix Silva | -1500 |
| 1/23/2025 | ███ | | | Contractors | -860 |
| 1/23/2025 | ███ | ███ | | Contractors | -700 |
| 1/23/2025 | ███ | ███ | | Contractors | -420 |
| 1/23/2025 | ███ | ███ | | Finished products | -2291.75 |
| 1/23/2025 | ███ | ███ | | Contractors | -700 |
| 1/23/2025 | Amazon Marketplace | | | Office supplies | -331.67 |
| 1/22/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/22/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/22/2025 | ███ | | | Financial services | -745 |
| 1/22/2025 | Corporate Filings LLC | | | Legal services | -50 |
| 1/22/2025 | ███ | ███ | | Packaging materials \| Shipping supplies | -6798.86 |
| 1/22/2025 | ███ | ███ | | Finished products \| Wholesale supplier | -885.53 |
| 1/22/2025 | ███ | ███ | | Shipping & freight-out \| Postage | -6919.04 |
| 1/22/2025 | ███ | ███ | | Service fees \| Other fees | -1000 |
| 1/22/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/22/2025 | ███ | ███ | | Finished products | -15312 |
| 1/21/2025 | ███ | | Advertising | Paid online ads | -998.41 |
| 1/21/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/21/2025 | ███ | | Advertising | Paid online ads | -695.35 |
| 1/21/2025 | Spectrum | | | Utilities | -163.14 |
| 1/21/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/21/2025 | ███ | | | Insurance | -219.18 |
| 1/21/2025 | ███ | | | Insurance | -222.73 |
| 1/20/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/19/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/19/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/17/2025 | ███ | ███ | | Software & subscriptions | -42 |
| 1/17/2025 | ███ | | | Software & subscriptions | -351.8 |
| 1/17/2025 | ███ | | Advertising | Paid online ads | -900 |
| 1/17/2025 | ███ | ███ | | Packaging materials \| Shipping supplies | -6366.17 |
| 1/17/2025 | ███ | ███ | | Service fees \| Other fees | -633.83 |
| 1/16/2025 | ███ | | Advertising | Paid online ads | -900 |

| Date | | | Description | Amount |
|---|---|---|---|---|
| 1/16/2025 | ██ | Advertising | Paid online ads | -10000 |
| 1/16/2025 | ████ | Group | Marketing - software & subscriptions | -1818 |
| 1/16/2025 | ██ █ █ | | Contractors | -320 |
| 1/16/2025 | ██ █ | | Contractors | -860 |
| 1/16/2025 | ██ | Services | Contractors | -800 |
| 1/16/2025 | ██ | Advertising | Paid online ads | -900 |
| 1/16/2025 | █ █ █ | | Contractors | -720 |
| 1/16/2025 | █ █ █ | | Contractors | -420 |
| 1/16/2025 | █ █ █ | | Contractors | -700 |
| 1/16/2025 | ██ | Advertising | Paid online ads | -800 |
| 1/16/2025 | Owner | | Payback Owner - Jose Felix Silva | -40 |
| 1/16/2025 | █ █ █ | | Contractors | -900 |
| 1/16/2025 | █ █ █ | | Contractors | -700 |
| 1/16/2025 | █ █ █ | | Contractors | -1400 |
| 1/15/2025 | ██ | Advertising | Paid online ads | -899.81 |
| 1/15/2025 | ██ | Advertising | Paid online ads | -900 |
| 1/15/2025 | ██ | Foods | Finished products \| Wholesale supplier | -1197.56 |
| 1/15/2025 | ██ | Foods | Shipping & freight-out \| Postage | -5987.29 |
| 1/15/2025 | ██ | Foods | Service fees \| Other fees | -366.16 |
| 1/15/2025 | █ █ █ █ | | Charity & donations | -101 |
| 1/15/2025 | Owner | | Payback Owner - Jose Felix Silva | -3000 |
| 1/14/2025 | ██ █ | | Finished products | -10431.75 |
| 1/14/2025 | ██ █ | | Packaging materials \| Shipping supplies | -5924.06 |
| 1/14/2025 | ██ █ | | Finished products \| Wholesale supplier | -1142.15 |
| 1/14/2025 | ██ █ | | Shipping & freight-out \| Postage | -1851.96 |
| 1/14/2025 | ██ █ | | Service fees \| Other fees | -1000 |
| 1/14/2025 | ██ █ | | Repairs & maintenance \| Repairs | -1715.74 |
| 1/14/2025 | ██ █ █ | | Paid online ads | -900 |
| 1/14/2025 | ██ █ █ | | Paid online ads | -900 |
| | | | | |
| | | | TOTAL | $ (325,713.39) |